PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Divivo                                  Cr.: 02-CR-590

Name of Sentencing Judicial Officer: Dickinson R. Debevoise (Sylvia H. Rambo, MD/PA, 92-CR-029)

Date of Original Sentence: 09-30-92

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; Conspiracy to Launder Monetary Instruments

Original Sentence: 120 months custody; 60 months supervised release on each count

Type of Supervision: Supervised Release                Date Supervision Commenced: 03-05-01

Assistant U.S. Attorney: U.S. Attorney's Office        Defense Attorney: Federal Public Defender's Office

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>The offender was arrested on February 13, 2004, by Detectives of the Bergen County Prosecutors Office and charged with Distribution of Methadone in Fairview, NJ. He subsequently pled guilty on May 12, 2005 to a second degree offense outlined under Indictment 04-06-1313 in the New Jersey Superior Court, Bergen County. He was sentenced by the Honorable Lois Lipton on June 2, 2005, to a five year probation term with a requirement to enter and complete a 6 month inpatient drug program. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Albert J. Flores
U.S. Probation Officer
Date: 09/01/05

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: Oct 24, 2005 AT 2:00 P.M.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Sept. 9, 2005
_____
Date