# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Divivo            Cr.: 02-CR-590 (D/NJ)

Name of Sentencing Judicial Officer: Honorable Sylvia H. Rambo (MD/PA, 92-CR-029)

Transfer of Supervision: 7/26/02 District of New Jersey

Name of Newly Assigned Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 9/30/92

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 USC 846, 841(a)(1): Conspiracy to Launder Monetary Instruments, 18 USC 371,1965(a)(1)(A)(i) and (B)(i).

Original Sentence: 120 Month Imprisonment.
Type of Supervision: 5 Years Supervised Release      Date Supervision Commenced: 3/5/01

Date of VOP Sentence: 12/14/05
VOP Sentence:1 Day Imprisonment:
         2 Years Supervised Release .      Date Supervision Commenced: 12/17/05

Assistant U.S. Attorney: Scott McBride            Defense Attorney: Peter Carter

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On May 21, 2007, Michael Divivo was arrested by Detectives of the Union County Prosecutor's Office and charged with shoplifting, criminal usury, promoting gambling, racketeering and leader of organized crime.<br><br>The offender is currently being held at the Union County Jail on a $250,000 cash bond. |

PROB 12C - Page 2
Michael Divivo

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 5/24/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

June 5, 2007
Date